IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERESA HERCULES )
) No. 3-12-0202
v. )
)
WAL-MART STORES EAST, LP )

O R D E R

On November 1, 2013, the defendant filed a motion for summary judgment (Docket Entry No. 29).

In accord with the order entered September 3, 2013 (Docket Entry No. 28), the plaintiff shall have until December 2, 2013, to file a response to the motion. Any reply, if necessary, shall be filed within nine (9) calendar days of the filing of the response or by December 11, 2013, if the response is filed on December 2, 2013.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made after December 11, 2013, except with the express permission of the Honorable John T. Nixon.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 29-31), the plaintiff's response to be filed by December 2, 2013, and the defendant's reply, if necessary, to be filed no later than December 11, 2013.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge